UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

KENNETH MARINO and
CAROLINE DALTON MARINO,
    Plaintiffs,

v.                                                                                              C.A. No. 13-551

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
et al
    Defendants,

## NOTICE OF DISMISSAL

Plaintiffs by their attorney, voluntarily dismiss this action without prejudice pursuant to FRCP 41.

          Respectfully submitted,
          Plaintiffs,
          By their attorney,

          /s/ Corey J. Allard
          Corey J. Allard, Esq. #7476
          574 Central Avenue
          Pawtucket, RI 02860
          401-724-1904
          callard@allardlaw.com

## CERTIFICATE OF SERVICE

I, Corey J. Allard, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 4, 2014.

          /s/ Corey J. Allard
          Corey J. Allard